5:24-CT-3070-BO

FILED

MAR 18 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____
DEP CLK

United States District Court
Eastern District of North Carolina

3-10-24

## ADMINISRATIVE TORT CLAIM SUIT

I DAVIDSON, DONDELL is Writing to You to Let You Know, That the government is liability for an Personal injury Suffered at F.M.C Butner. I Was in a Car accident, i was leaving F.M.C in a transpot Car and the driver backed into a Shutter Bus, i Was going to F.C.I 2 Butner- Causing injury to my neck. So I am Seeking the Sum of $60,000.00, I am Seeking Punitive and Compensatory Damages in a Judicial Proceeding. This was a Wrongful act of an Employee. At the Bureau of Prison acting Within the Scope of their employment. So here are the Papers of the car accident, And i am still Suffering From Pain in my neck Now. This is not my fault it's the B.O.P. they are to Keep me Pretected.

SINCERELY and RESECTFULLY

DAVIDSON, DONDELL
Davidson, Dondell