**FILED**

APR 15 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
_____ DEP CLK

**United States District Court**
Eastern District of North Carolina
Western Division

Case No. **5:24-CT-3070-BO**

DAVIDSON, DONDELL
_____

Inmate Number 90785-053

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

*(Pro Se Prisoner)*

F.Bo.P
_____

Jury Demand?
☐ Yes
☑ No

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

DAVIDSON, DONDELL
_____
Name

90785053
_____
Prisoner ID #

F.C.I 2
_____
Place of Detention

P. O. Box 1500
_____
Institutional Address

Butner                      NC,              27509
_____    _____      _____
City                        State           Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☐ Federal

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

Case 5:24-ct-03070-BO-RJ   Document 7   Filed 04/15/24   Page 2 of 10

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _____N/A_____
Name

_____transport Driver_____
Current Job Title

_____F.B.O.P_____
Current Work Address

Butner _____ NC _____ 27509
City                                State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2: _____
Name

_____none_____
Current Job Title

_____
Current Work Address

_____
City                                State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:24-ct-03070-BO-RJ     Document 7     Filed 04/15/24     Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: F.M.C going to F.CI 2

Date(s) of occurrence: 8-17-23, Time 2:15 pm

State which of your federal constitutional or federal statutory rights have been violated:

Failure to Provrde equal Protection the government is liability. that cause my Injury.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

The F.B.O.P government is liability for me. Suffered Injury at F.M.C, Buter. I was in a car accident leaving F.M.C. in a transpot car coming to F.C.I.2 When the Driver backed into a SHutter Bus. as i was going to F.CI2, Causing injury to my neck this is not my fault i have Sent the Papers of the car accident. i am Still Suffering from Pain my neck." So I am Seeking Punitive and Compensatary Damages

in a Judicial Proceedirg. I am Seeking the Sum of $60,000.00 this was a Wrongfol act of an employee at the F.B.O. P.

**What happened to you?**

When the SHot transpot car hit the SHetter Bus my neck went Back, And I went to medical neck was in pain there give me Pills for It.

**When did it happen to you?**

When coming for F.M.C. going to F.C.I. 2

**Where did it happen to you?**

In a transpot car going to F.C.I 2.

| What was your injury? | my neck was InJury and i am still Suffering Pain in my neck now. i am in a Wheelchair. |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No

    If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No

    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

What i Want for Relief i am Seeking Punitive and Compensatory Damages in a Judicial Proceeding. And The Sum of $60.000.00, This is not my fault it is the F.B.O.P. they are to Keep me Protected, This is How i Injury my neck and its in Pain now.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☑ Yes     ☐ No

If yes, how many?  _____/_____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

One it in PA. and Nature of Claim is Slip and Fell in Shower and it is Still pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4 - 6 - 24
Dated

Deuglen, Dondell
Plaintiff's Signature

DAVIDSON, DONDELL
Printed Name

90785-053
Prison Identification #

F.C.I. 2 P.O. Box 1500 Butner    N/C   27509
Prison Address       City       State   Zip Code